
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:24-00001 |
| v. | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| WILLIAM ADOLPH FRANCIS | ) | 18 U.S.C. § 2252A(b)(2) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Between November 26, 2021 and August 15, 2023, in the Middle District of Tennessee, the defendant, **WILLIAM ADOLPH FRANCIS**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported in or affecting interstate and foreign commerce by any means, including by computer, and that had been shipped or transported using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Before the defendant, **WILLIAM ADOLPH FRANCIS**, committed the offense in this count, the defendant, **WILLIAM ADOLPH FRANCIS**, had been previously convicted of a specified offense as listed in Title 18, United States Code, Section 2252A(b)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of the offense alleged in this Indictment, the defendant, **WILLIAM ADOLPH FRANCIS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(a) Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252A, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction which was produced, transported, mailed, shipped or received in violation of law;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property including but not limited to:

Any electronic devices seized from the defendant, **WILLIAM ADOLPH FRANCIS**, on August 15, 2023 including, but not limited to, the following:

- a Samsung Galaxy Note 20 smart phone.

A TRUE BILL

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*/s/ Robert E. McGuire*

ROBERT E. MCGUIRE
MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEYS